*E-Filed 7/8/13*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JAMES HARVEY, | No. C 12-2523 RS (PR) |
| Plaintiff, | **ORDER EXTENDING TIME** |
| v. | |
| D. BASSETT, et al., | |
| Defendants. | |

Plaintiff's motion to extend time to file an opposition to defendants' motion to dismiss (Docket No. 19) is GRANTED. Such opposition shall be filed on or before September 1, 2013. The Clerk shall terminate Docket No. 19.

**IT IS SO ORDERED**.

DATED: July 8, 2013

_____
RICHARD SEEBORG
United States District Judge